FILED '24 01 16 PM12:52 MDGA-ALB

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| VS. | : |
| | : 7:23-CR-75 (HL) |
| SHAMARISE D'ANDRE BROWN, | : |
| | : |
| Defendant. | : |

### ORDER

The above-named Defendant appeared this day before the undersigned for an Initial Appearance and Arraignment pursuant to Rules 5 and 10 of the Federal Rules of Criminal Procedure. The Government was represented by the U.S. Attorney's office. Defendant was represented by court-appointed counsel. The Government filed a Motion for Detention.

The Government ostensibly made an oral motion for detention during Defendant's prior Initial Appearance before a United States Magistrate Judge in the Eastern District of North Carolina. *United States v. Brown*, 5:23-MJ-2296 (E.D.N.C.). The parties then agreed to Defendant's release. By Order dated November 20, 2023, Defendant was released subject to certain conditions by the Magistrate Judge in the Eastern District of North Carolina. (Docs. 4-1 - 4-9). Defendant also signed a personal recognizance bond. (Doc. 4-10). The Government has not sought to appeal or otherwise re-open the decision of the U.S. Magistrate Judge in North Carolina concerning the issue of detention.

The Defendant's previously set conditions of release remain in full force and effect, and the Order Setting Conditions of Release entered in *United States v. Brown*, 5:23-MJ-2296 (E.D.N.C.) is hereby made the Order of this Court in this case. The Appearance Bond signed by Defendant and

approved by the United States District Court for the Eastern District of North Carolina on November 20, 2023, also remains in full force and effect. Defendant shall be returned to state custody in North Carolina to continue serving his state sentence. Neither counsel for the Government nor counsel for the Defendant objected to remanding Defendant to state custody in North Carolina, subject to the federal release conditions previously set upon the expiration of the North Carolina sentence. Accordingly, the Government's second Motion for Detention (Doc. 9) is terminated.

      SO ORDERED AND DIRECTED, this 16th day of January, 2024.

_____
Thomas Q. Langstaff
UNITED STATES MAGISTRATE JUDGE